1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

**FILED FEB 18 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

4              **United States Bankruptcy Court**
               **Central District of California**
5

6                                              ) Chapter 13
                                               )
7  CHARLEEN ANN HODGKINS                       ) Case No.: 8:07-bk-13236-RK
                                               )
8                                              ) **NOTICE OF UNCLAIMED DIVIDEND**
                                               ) **(Bankruptcy Rule 3010)**
9                                              )
                                               )
10                                             )
                                               )
11 _____

12     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13     Please find annexed hereto Check No. **300648** in the sum of **$ .01**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3010.  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17     CHARLEEN ANN HODGKINS
       19141 NEWLAND ST
18     HUNTINGTON BEACH, CA 92646

19

20 Date: February 14, 2010         _____
                                   Amrane Cohen, Chapter 13 Standing Trustee
21

22

23

24

25

26

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0713236 | CHARLEEN ANN HODGKINS ACCT: | XXX-XX-6920 Claim: 00000 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | 0.01 | 0.00 | 0.01 |

CHARLEEN ANN HODGKINS

BALANCE: [0.00  13/00000]
SSN: XXX-XX-6920    SSN:
ACCT:                CASE: 0713236
PRINCIPAL:    0.01    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0300648**

Dec 24, 2009

VOID 90 DAYS FROM DATE

*********$0.01

**PAY**   Zero And 01 / 100 Dollars

**TO THE ORDER OF**   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300648⑈  ⑆061100790⑆ 000000575186 2⑈